UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

_____

UNITED STATES OF AMERICA,

                                        **DECISION AND ORDER**
v.                                            25-CR-23 0-A

EDWARD WILKIE,

                        Defendant.
_____

      This case was referred (Dkt. No. 32) to Magistrate Judge Michael J. Roemer to take Defendant Edward Wilkie's plea of guilty, conduct an allocution pursuant to Rule 11 of the Federal Rules of Criminal Procedure, and make a recommendation to this Court whether a plea of guilty should be accepted. On February 17, 2026, Defendant appeared before Magistrate Judge Roemer and waived his right to indictment (Dkt. No. 33) and pleaded guilty, pursuant to a written plea agreement (Dkt. No. 35), to a one-count information (Dkt. No. 34) charging him with conspiracy to possess with intent to distribute 100 grams or more of heroin, in violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(B).

      Magistrate Judge Roemer issued a Report and Recommendation ("R&R") (Dkt. No. 37) confirming his oral findings that Defendant's waiver of indictment and plea of guilty were knowing, voluntary, and that his plea was supported by a factual basis. No timely objections to the R&R have been filed. It is hereby

      **ORDERED** that, upon review of the waiver of indictment, the information, the plea agreement, the plea transcript (Dkt. No. 38), and the R&R, the Court finds that all the requirements of Rule 11 were carefully followed. Defendant's waiver of his right to

indictment together with his plea of guilty were knowing and voluntary, and his plea of guilty was supported by a factual basis. The Magistrate Judge informed Defendant, who was placed under oath and addressed personally in open court, of Defendant's rights and the trial rights he was waiving should the Court accept his plea of guilty, the nature of the charge to which he was pleading guilty, and any maximum possible penalty, as well as of all of the other requirements listed in Rule 11. The Magistrate Judge determined that Defendant understood the foregoing. Accordingly, Defendant's plea of guilty is accepted based upon the oral findings of the Magistrate Judge as confirmed in the R&R.

**Sentencing is scheduled for July 21, 2026, at 12:00 p.m.** The parties are directed to the Court's forthcoming Text Order for the submission of sentencing documents.

**IT IS SO ORDERED.**

             ___*s/Richard J. Arcara*_____
             HONORABLE RICHARD J. ARCARA
             UNITED STATES DISTRICT COURT

Dated: March 9, 2026
    Buffalo, New York